IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02344-ZLW

CLOVIS CARL GREEN,

Plaintiff,

v.

ARISTEDES ZAVARAS,

Defendant.



---

ORDER DENYING MOTION TO RECONSIDER

---

Plaintiff, Clovis Carl Green, Jr., filed *pro se* on November 21, 2007, a motion in which he asks the Court to reconsider the November 7, 2007, dismissal of this action without prejudice. The Court must construe the November 7, 2007, motion to reconsider liberally because Mr. Green is proceeding *pro se*. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion to reconsider will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Green filed the motion to reconsider within ten days after the judgment. Therefore, the Court will consider the motion to reconsider pursuant to Rule 59(e). **See Van Skiver**, 952 F.2d at 1243.

In the November 7, 2007, order, the Court dismissed the action without prejudice because Mr. Green failed to comply with the order enjoining him from filing *pro se* actions. *See* Modified Appendix B in *Green v. Price*, No. 95-mc-000009-DBS (D. Colo. Feb. 29, 1996). Upon consideration of the motion to reconsider and the entire file, the Court finds that Mr. Green fails to demonstrate the existence of any circumstances that would justify a decision to vacate the order of dismissal and the judgment. Therefore, the motion to reconsider will be denied. Accordingly, it is

ORDERED that the motion to reconsider filed *pro se* on November 21, 2007, by Plaintiff, Clovis Carl Green, and which the Court has treated as a motion to alter or amend judgment pursuant to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this 30 day of Nov., 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02344-BNB

Clovis Carl Green, Jr.
Reg. No. 69277
PO Box 1000 - Arkansas Valley Correctional Faciltiy
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on \_\_11/30/07\_\_

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk